# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00242-CV

**In re Wylie "Scooter" Cheatham, Carolyn Anderson, Ronald Barnard, Alberta Shelton, Roger Dale Linebarger, Jackson Walsh, Stella Young, Kenneth Burris, Jennifer Mushtaler, Mahmood Wadiwala, Yassin Sibai, Nelson Shipley, and Melvin Mason**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Filed: May 4, 2022